IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO.   15-485 |
| CORY D. FOSTER | : | |

## ORDER

**AND NOW**, this 15th day of August 2023, upon considering Defendant's Motion for habeas relief (ECF No. 95), his Reply and Supplement (ECF Nos. 99, 100, 106), the United States' Responses (ECF Nos. 97, 103), and for reasons in today's accompanying memorandum, it is **ORDERED**:

1. We find no need for an evidentiary hearing;

2. We **DENY** the Petition for habeas relief (ECF No. 95);

3. We **DENY** a certificate of appealability; and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.